# CIVIL COVER SHEET ATTACHMENT

**Related Cases** (Including Present Action)

| Jurisdiction | Date Filed | Case Name | Case Number |
| --- | --- | --- | --- |
| D. Del |  | Nitetek Licensing LLC v. Juniper Networks, Inc. | Filed concurrently herewith. |
| D.Del |  | Nitetek Licensing LLC v. EnGenius Technologies, Inc. | Filed concurrently herewith. |
| D.Del | 5/28/2021 | Nitetek Licensing LLC v. Hillstone Networks Corp. | 1:21-cv-00789 |
| D.Del | 5/28/2021 | Nitetek Licensing LLC v. Particle Industries, Inc. | 1:21-cv-00790 |
| D.Del | 5/28/2021 | Nitetek Licensing LLC v. KROHNE, Inc. | 1:21-cv-00791 |
| D.Del. | 12/23/2020 | Nitetek Licensing LLC v. Samsara Networks Inc. | 1:20-cv-01750 |
| D.Del. | 12/23/2020 | Nitetek Licensing LLC v. TVU Networks Corporation | 1:20-cv-01751 |
| D.Del. | 11/24/2020 | Nitetek Licensing LLC v. Cobham Mission Systems Davenport AAR Inc. | 1:20-cv-01591 |
| D.Del. | 5/28/2020 | Nitetek Licensing LLC v. Ingeteam Inc. | 1:20-cv-00716 |
| D.Del. | 5/28/2020 | Nitetek Licensing LLC v. Crane Merchandising Systems, Inc. | 1:20-cv-00717 |