# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Nitetek Licensing LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**EnGenius Technologies, Inc.,**<br><br>    Defendant. | Case No.<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: August 26, 2021          Respectfully submitted,

    */s/ Jimmy Chong*
    Jimmy Chong (#4839)
    2961 Centerville Road, Suite 350
    Wilmington, DE 19808
    Telephone: (302) 999-9480
    Facsimile: (302) 800-1999
    Email: chong@chonglawfirm.com

    **Counsel for Plaintiff**
    **Nitetek Licensing LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 26, 2021, via the Court's CM/ECF system.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)