AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-01223-UNA.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This summons & complaint for *(name of individual and title, if any)* **EnGenius Technologies, Inc.** was received by me on **8/30/2021**.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ at _____ , and mailed a copy to the individual's last known address; or

[ X ] I served the summons & complaint on *(name of individual)* **Allison Rathmanner, authorized agent**, at **c/o Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE  19958**, who is designated by law to accept service of process on behalf of *(name of organization)* **EnGenius Technologies, Inc.**, on *(date)* **8/30/2021** at **3:30 p.m.**; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that is information is true.

Date: **8/31/2021**

                                                                   */s/ James B. O'Rourke*
                                                                              *Server's signature*
                                                          **James B. O'Rourke**, Special Process Server

                                                          O'Rourke Investigative Associates, Inc.
                                                          1225 North King Street, Suite 400
                                                          P. O. Box 368
                                                          Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: